FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8989

| UNITED STATES OF AMERICA, | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Mark Anthony PYLES | ) Importation of a Controlled Substance (Felony) |
| Defendant. | ) |

The undersigned complainant being duly sworn states:

That on or about December 16, 2007 within the Southern District of California, defendant Mark Anthony PYLES, did knowingly and intentionally import approximately 224.56 kilograms (494.03 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF DECEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
      v.
Mark Anthony PYLES

STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Stewart Harvey.

On December 17, 2007, at approximately 2130 hours, Mark Anthony PYLES entered the United States through Calexico, CA West Port of Entry. PYLES was the driver and sole occupant of a 2008 Ford Freelancer Motorhome.

Primary Customs and Border Protection Officer (CBPO) Gastelum received a negative Customs declaration from PYLES. CBPO Gastelum asked what his purpose of visiting Mexico was, PYLES stated he was in Algodones, Mexico, riding motorcycles with his friends. CBPO Gastelum then asked PYLES where he was going. PYLES stated he was going back home alone. During routine questioning, CBPO Gastelum noticed PYLES was avoiding eye contact. CBPO Gastelum asked PYLES whom the vehicle belonged to, PYLES stated, "It's a rental." CBPO Gastelum subsequently escorted PYLES and the motorhome to the vehicle secondary lot for further inspection.

While at the vehicle secondary inspection lot, CBPO Carp received a negative Customs declaration from PYLES. CBPO Carp asked about the ownership of the motorhome and purpose of travel to Mexico, PYLES stated the motor home was a rental and he was in San Felipe, Mexico, with his brother on Friday. PYLES stated he was returning to his home in Las Vegas, Nevada. CBPO Carp asked PYLES

1  why he was driving a large vehicle if he was traveling alone. CBPO
2  Carp then observed PYLES' lip start to quiver, as he appeared to
3  become visually nervous by continuously moving from side to side
4  and stuttering when he answered questions.
5      CBP Canine Enforcement Officer Jones utilized his Narcotic
6  Detector Dog, which alerted to the rear cargo area of the motor
7  home. During inspection, CBPO Carp discovered a floor compartment
8  that was specially built about the spare tire well of the motor
9  home.
10
11     Upon further inspection of the vehicle, CBPO Carp discovered
12 forty-one (41) packages containing a green leafy substance, which
13 field-tested positive for marijuana. Twenty-eight (28) packages
14 were removed from the compartment in the cargo area and thirteen
15 (13) packages were removed from a built up compartment on top of
16 the bed. A total of 224.56 kilograms (494.03 pounds) of marijuana
17 were concealed in a specially built compartment located in the rear
18 of the motor home.
19
20
21
22
23
24
25
26
27
28