**STEPHEN D. DEMIK**
California State Bar No. 221167
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: Stephen_Demik@fd.org

Attorneys for Mr. Pyles

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07MJ8989 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **MARK ANTHONY PYLES,** | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Stephen D. Demik, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated:  December 19, 2007           /s/ STEPHEN D. DEMIK
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    Stephen_Demik@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  December 19, 2007          /s/ STEPHEN D. DEMIK
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA  92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   Stephen_Demik@fd.org (email)

2